# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SABINA O. CORREA,<br><br>               Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security Administration,<br><br>               Defendant. | Case No. 13-CV-513-GKF-FHM |

## OPINION AND ORDER

The Motion to File Amended § 406(b) Motion, [Dkt. 34], filed by Plaintiff's counsel is before the court. The motion represents that the Commissioner does not oppose the motion.

The undersigned has previously issued a report and recommendation addressing 406(b) fees. [Dkt. 33]. In light of the instant motion, the Court has recommitted the report and recommendation for further consideration. [R. 35].

The Motion to File Amended § 406(b) Motion, [Dkt. 34], is GRANTED. Counsel is required to submit a certificate of notice to Plaintiff revised to show the amended amount requested.

SO ORDERED this 21 day of March, 2016.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE